UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Philip Hopkins and Ralph Stevens, sometimes d/b/a OWZMAN MANAGEMENT, now known as OWZMAN MANAGEMENT & CONSULTING, INC.,
          Plaintiffs,
-v-
HALFMOON INVESTMENTS, LLC d/b/a DIGITAL1STOP, MILL CREEK ENTERTAINMENT LLC and IAN WARFIELD, and "Unknown Entities 1-10,"
          Defendants

Case No. 07 CIV 3650

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Halfmoon Investments, LLC *** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

*** d/b/a Digital1Stop, Mill Creek Entertainment LLC and Ian Warfield

The above Defendants do not have any corporate parents, Affiliates and/or subsidiaries, which are publicly held.

Date: May 8, 2007

_____
Signature of Attorney

Attorney Bar Code: 9045

Form Rule7_1.pdf