UNTIED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILIP HOPKINS and RALPH STEVENS, sometimes       :
doing business as OWZMAN MANAGEMENT, now
known as OWZMAN MANAGEMENT &                      :
CONSULTING, INC.,

                                                          :                   07 Civ. 03650 (NRB)

                                 Plaintiffs,    :

               - against -                       :

VISUAL TREASURES, LLC, HALFMOON                    :
INVESTMENTS, LLC, sometimes doing business as
DIGITAL1STOP, MILL CREEK ENTERTAINMENT LLC, :       **NOTICE OF**
IAN WARFIELD, and "Unknown Entitles 1-10,"          **CHANGE OF ADDRESS**
the names of Unknown Entitles currently being       :
unknown to Plaintiffs, but intended to be those to which
the individual Defendants diverted assets or         :
opportunities belonging to Plaintiffs, or which
otherwise benefited at the expense of Plaintiffs as  :
described in the Verified Complaint,

                                                      :
                                Defendants.
------------------------------------------------------------X

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Timothy P. Kebbe, Esq.

***Attorney***

☑    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TK-6300

☐    I am a Pro Hac Vice attorney

☐    I am a Government Agency attorney

00044295

*Law Firm/Government Agency Association*

From:   Lehman & Eilen, LLP, 50 Charles Lindberg Boulevard, Uniondale, New York 11553

To:   Brunelle, Hadjikow & Weltz, P.C.

☑   I will continue to be counsel of record on the above-entitled case at my new firm/agency for Defendant Visual Treasures, LLC.

☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by judge _____.

*Address:* 40 Broad Street, 6th Floor

*Telephone Number:* (212) 809-9100

*Fax Number:* (212) 809-3219

*E-mail Address:* tkebbe@brunellelaw.com

Dated: May 14, 2007                    _____
                                       Timothy P. Kebbe (TK-6300)
                                       Brunelle, Hadjikow & Weltz, P.C.
                                       40 Broad Street, 6th Floor
                                       New York, New York 10004
                                       Tel.: (212) 809-9100
                                       Fax: (212) 809-3219

                                       Attorney for Defendant
                                       Visual Treasures, LLC

00044295