UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| PHILIP HOPKINS and RALPH STEVENS, sometimes doing business as OWZMAN MANAGEMENT, now known as OWZMAN MANAGEMENT & CONSULTING, INC., | : : : | 07 Civ. 03650 (NRB) |
| Plaintiffs, | : : | **AFFIDAVIT OF SERVICE** |
| - against - | : | |
| VISUAL TREASURES, LLC, HALFMOON INVESTMENTS, LLC, sometimes doing business as DIGITAL1STOP, MILL CREEK ENTERTAINMENT LLC, IAN WARFIELD, and "Unknown Entitles 1-10," the names of Unknown Entitles currently being unknown to Plaintiffs, but intended to be those to which the individual Defendants diverted assets or opportunities belonging to Plaintiffs, or which otherwise benefited at the expense of Plaintiffs as described in the Verified Complaint, | : : : : : | |
| Defendants. | : | |

------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) .ss:
COUNTY OF NEW YORK  )

TIMOTHY P. KEBBE, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), not a party to this action and reside in Mamaroneck, New York.

2. On this 14th day of May 2007, I served upon counsel for plaintiffs and defendants Half Moon Investments, LLC, Mill Creek Entertainment, LLC and Ian Warfield, one true copy of the annexed Notice of Change of Address, by Fed Ex - Priority Overnight Delivery, properly addressed

00044296

to:

>Douglas J. Bilotti, Esq.
>Moritt Hock Hamoff & Horowitz LLP
>400 Garden City Plaza
>Garden City, New York 11530
>Tel. 516.873.2000
>Fax. 516.873.2110
>
>Attorney for Plaintiffs Philip Hopkins
>and Ralph Stevens, sometimes doing business
>as Owzman Management, a/k/a Owzman
>Management & Consulting, Inc.
>
>William A. Rome, Esq.
>260 Madison Avenue, 22nd Floor
>New York, New York 10016
>Tel. 212-679-2900
>Fax. 212-679-1844
>
>Attorneys for Defendants Halfmoon
>Investments, LLC, sometimes doing
>business as Digital1Stop, Mill Creek
>Entertainment LLC and Ian Warfield.

that being the addresses designated by plaintiffs' and above listed defendants' attorneys for such service.

_____
Timothy P. Kebbe (TK-6360)

Sworn to before me this
14th day of May 2007

_____
Notary Public

Darin Kanzel
Notary Public, State of New York
No. 01KA6156041
Qualified in Queens County
Commission Expires November 20, 2010

00044296