UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PHILIP HOPKINS and RALPH STEVENS, sometimes      :
doing business as OWZMAN MANAGEMENT, now
known as OWZMAN MANAGEMENT &                     :   Case No. 07 CIV 3650 (NRB)
CONSULTING, INC.,
                                                 :

                        Plaintiffs,              :
                                                     **Rule 7.1 Statement**
        - against -                              :

VISUAL TREASURES, LLC, HALFMOON                  :
INVESTMENTS, LLC, sometimes doing business as
DIGITAL1STOP, MILL CREEK ENTERTAINMENT LLC, :
IAN WARFIELD, and "Unknown Entitles 1-10,"
the names of Unknown Entitles currently being    :
unknown to Plaintiffs, but intended to be those to which
the individual Defendants diverted assets or     :
opportunities belonging to Plaintiffs, or which
otherwise benefited at the expense of Plaintiffs as :
described in the Verified Complaint,
                                                 :
                        Defendants.
------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and

to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for defendant <u>Visual Treasures, LLC</u> (a private non-governmental

party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party,

which are publicly held.


        The above Defendant Visual Treasures, LLC does not have any corporate parents,

Affiliates and/or subsidiaries, which are publicly held.

Date: May 17, 2007

Brunelle, Hadjikow & Weltz, P.C.

_____
Signature of Attorney
Timothy P. Kebbe
Attorney Bar Code: TK-6300

40 Broad Street, 6th Floor
New York, New York 10004
(Voice) 212-809-9100
(Fax)   212-809-3219
Attorneys for Defendant Visual Treasures, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILIP HOPKINS and RALPH STEVENS, sometimes :
doing business as OWZMAN MANAGEMENT, now
known as OWZMAN MANAGEMENT &  : 07 Civ. 03650 (NRB)
CONSULTING, INC.,

: 

                        Plaintiffs, : 

**AFFIDAVIT OF SERVICE**

      - against - :

VISUAL TREASURES, LLC, HALFMOON :
INVESTMENTS, LLC, sometimes doing business as
DIGITAL1STOP, MILL CREEK ENTERTAINMENT LLC, :
IAN WARFIELD, and "Unknown Entitles 1-10,"
the names of Unknown Entitles currently being :
unknown to Plaintiffs, but intended to be those to which
the individual Defendants diverted assets or :
opportunities belonging to Plaintiffs, or which
otherwise benefited at the expense of Plaintiffs as :
described in the Verified Complaint,

:
                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK   )
                       ) .ss:
COUNTY OF NEW YORK   )

      TIMOTHY P. KEBBE, being duly sworn, deposes and says:

      1. I am over the age of eighteen (18), not a party to this action and reside in

Mamaroneck, New York.

      2. On this 17th day of May 2007, I served upon counsel for plaintiffs and defendants Half

Moon Investments, LLC, Mill Creek Entertainment, LLC and Ian Warfield, one true copy of the

annexed Fed. R. Civ. P. 7.1 statement, by Fed-Ex Priority Overnight Delivery, properly addressed

00044296

to:

    Douglas J. Bilotti, Esq.
    Moritt Hock Hamroff & Horowitz LLP
    400 Garden City Plaza
    Garden City, New York 11530
    Tel. 516.873.2000
    Fax. 516.873.2110

    Attorney for Plaintiffs Philip Hopkins
    and Ralph Stevens, sometimes doing business
    as Owzman Management, a/k/a Owzman
    Management & Consulting, Inc.

    William A. Rome, Esq.
    260 Madison Avenue, 22nd Floor
    New York, New York 10016
    Tel. 212-679-2900
    Fax. 212-679-1844

    Attorneys for Defendants Halfmoon
    Investments, LLC, sometimes doing
    business as Digital1Stop, Mill Creek
    Entertainment LLC and Ian Warfield.

that being the addresses designated by plaintiffs' and above listed defendants' attorneys for such service.

                                                                   Timothy P. Kebbe (TK-6360)

Sworn to before me this
_17th_ day of May 2007

_____
Notary Public

ANNA HADJIKOW
Notary Public, State of New York
No. 01HA496343
Qualified in Queens County
Commission Expires July 16, 2008

00044296