# MHH H

## Moritt Hock Hamroff & Horowitz LLP

ATTORNEYS AT LAW

400 Garden City Plaza   Garden City, New York 11530

(516) 873-2000   Fax (516) 873-2010
www.moritthock.com

Douglas J. Bilotti
Email: dbilotti@moritthock.com

June 19, 2007

**VIA ECF and**
**FACSIMILE**

Judge Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

Re:   Philip Hopkins, et anno. v. Visual Treasures, LLC, et al.
      Case No. 07-cv-03650 (NRB)

Dear Judge Buchwald:

This firm represents the Plaintiffs, Philip Hopkins and Ralph Stevens ("Plaintiffs"), in the above-referenced action, which was removed by Defendants from the Supreme Court of the State of New York, County of New York on May 8, 2007. Pursuant to Your Honor's Order dated June 5, 2007 endorsed on my correspondence to the Court dated June 4, 2007, Plaintiffs' time to file and serve their motion to remand this action was extended through and including June 21, 2007, pending a mediation among the parties before Roger Dietz, Esq.

I respectfully submit this request to further extend Plaintiffs' time to file and serve their motion to remand this action through and including July 12, 2007, to allow counsel for the parties memorialize the terms of settlement in a written document.

Thank you for your courtesies.

Respectfully submitted,

Douglas J. Bilotti

cc:   Timothy Pierce Kebbe, Esq.
      William A. Rome, Esq.