## BRUNELLE, HADJIKOW & WELTZ, P.C.
ATTORNEYS AT LAW
40 BROAD STREET, 6TH FLOOR
NEW YORK, NY 10004
TEL (212) 809-9100 • FAX (212) 809-3219
EMAIL: main@brunellelaw.com

GEORGE BRUNELLE
ANNA HADJIKOW
IRWIN WELTZ

TIMOTHY P. KEBBE
JAMES A. MOORE, JR.

JOHN LEONARD
(OF COUNSEL)

June 20, 2007

**VIA FACSIMILE** (212) 805-7927

Judge Naomi R. Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

    Re: Philip Hopkins, et anno. v. Visual Treasures, LLC, et al.
       Case No. 07-cv-03650 (NRB)

Dear Judge Buchwald:

  We represent defendant Visual Treasures, LLC ("Visual Treasures") in the above proceeding and write to inform the Court that we have no objection to the examination of time requested in plaintiffs' June 19, 2007 letter to your Honor.

              Respectfully submitted,

              Timothy P. Kebbe
              (TK-6300)

cc: Douglas J. Bilotti, Esq. (By Fax - 516-873-2010)
   William A. Rome, Esq. (By Fax - 212-679-1844)

00044723