UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

HOPKINS, PHILIP et al.,

                    Plaintiffs,        **O R D E R**

    - against -                07 Civ. 3650 (NRB)

VISUAL TREASURES, LLC, HALFMOON
INVESTMENTS, LLC, MILL CREEK ENTAINMENT
LLC, IAN WARFIELD, UNKNOWN ENTITIES 1-10,

                    Defendants.
----------------------------------------X



**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
             July 11, 2007

                                  *[signature]*
                              NAOMI REICE BUCHWALD
                          UNITED STATES DISTRICT JUDGE

Returned to chambers for scanning on _7.13.07_
Scanned by chambers on _7/16/07_